**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00540-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL MARTINEZ,
2.    ANTIAGO MARTINEZ-LOPEZ, and,
3.    AUSTIN GILMORE,

    Defendants.

## ORDER OF RECUSAL

Due to presiding over pre-indictment proceedings involving the above Defendants, the undersigned district judge has gained knowledge of facts relating to the charges in this matter and these parties which warrants her recusal under 28 U.S.C. § 455(b)(1). The Clerk of the Court is directed to reassign this case to another district judge by random draw.

    DATED: October 27, 2010

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge