IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00540-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL MARTINEZ
2.    SANTIAGO MARTINEZ-LOPEZ, and
3.    AUSTIN GILMORE,

    Defendants.
_____

## SCHEDULING ORDER
_____

This matter comes before the Court on the Notice of Filing Joint Proposed Scheduling Order [Docket No. 56]. Good cause appearing, it is

ORDERED that the Court adopts the following filing deadlines:

| Type of Motion | Motion Filing Deadline | Response Filing Deadline |
| --- | --- | --- |
| Fed. R. Crim P. 12(b)(3)[1] | July 15, 2011 | 15 days after filing deadline[2] |
| Wiretap suppression motions | July 29, 2011 | 45 days after filing deadline |
| Motions to Suppress[3]<br>Fed. R. Crim. P. 12(b)(3)(C) | August 12, 2011 | 15 days after filing deadline |

---

[1] Includes motions brought under Fed. R. Crim. P. 12(b)(3)(A), (B), and (E).

[2] The government may file its response to any timely filed motion within 15 days of the deadline for filing a motion in this category of motions, as opposed to within 15 days of the filing of the discrete motion to which the response applies.

[3] Other than motions to suppress relating to wiretaps and motions under 18 U.S.C. § 3501.

| | | |
|---|---|---|
| 18 U.S.C. § 3501[4] | August 12, 2011 | 15 days after filing deadline |
| Fed. R. Crim. P. 14 or 12(b)(3)(D) | August 26, 2011 | 15 days after filing deadline |

DATED March 8, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[4]Motions impugning the admissibility of confessions.

2